**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__    District of __New York__
                              (State)

Case number (*If known*): _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    ETYM Properties, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)    0 5 – 5 0 4 3 7 7

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 360  Narrangansett Park Drive | |
| Number  Street | Number  Street |
| | P.O. Box |
| East Providence   RI   02916 | |
| City   State   ZIP Code | City   State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Providence | |
| County | Number  Street |
| | |
| | City   State   ZIP Code |

**5. Debtor's website** (URL)    _____

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor     ETYM Properties, LLC_____     Case number (*if known*)_____
             Name

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ✔ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   4  2  3  9

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ✔ Chapter 11. *Check all that apply*:

   　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

   　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   　　☐ A plan is being filed with this petition.

   　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ✔ No
   ☐ Yes.    District _____    When _____    Case number _____
   　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

   　　　　　District _____    When _____    Case number _____
   　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No
    ✔ Yes.   Debtor   See Rider 1_____   Relationship   Affiliate_____
    　　　　District _____   When   _____
    　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY
    　　　　Case number, if known   _____

Official Form 201                 Voluntary Petition for Non-Individuals Filing for Bankruptcy                 page **2**

Debtor    ETYM Properties, LLC                               Case number (*if known*)_____
          Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number    Street

_____
City                                    State      ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49             ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99            ☐ 5,001-10,000       ☐ 50,001-100,000
☐ 100-199          ☐ 10,001-25,000      ☐ More than 100,000
☒ 200-999

**15. Estimated assets**

☐ $0-$50,000            ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000      ☒ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000     ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion

| Debtor | ETYM Properties, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06 / 25 / 2020
           MM / DD / YYYY

û /s/ A. Howard Moser                    A. Howard Moser
Signature of authorized representative of debtor    Printed name

Title  Chief Restructuring Officer

**18. Signature of attorney**

û /s/ Jeffrey A. Wurst                    Date  06 / 25 / 2020
Signature of attorney for debtor                MM / DD / YYYY

Jeffrey Wurst
Printed name

Armstrong Teasdale LLP
Firm name

919         Third Avenue
Number     Street

New York                        NY          10022
City                            State       ZIP Code

1(212)-209-4400                 JWurst@atllp.com
Contact phone                   Email address

JW9744                          NY
Bar number                      State

**Rider 1**
**Pending Bankruptcy Cases**
**Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the Southern District of New York for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Premiere Jewellery, Inc.

- Premiere Jewellery, Inc.
- Tanya Creations, LLC
- PAW Holdings, Inc.
- ETYM Properties, LLC
- PJT, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:  ) Chapter 11
  )
ETYM PROPERTIES, LLC  ) Case No. 20-[●]
  )
  Debtor.  )

**LIST OF EQUITY SECURITY HOLDERS[1]**

| Equity Holders | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| Peter Wallick | 4 Jones Circle Barrington, RI 02806 | 70% |
| Evan Wallick | 4 Jones Circle Barrington, RI 02806 | 10% |
| Tyler Wallick | 4 Jones Circle Barrington, RI 02806 | 10% |
| Madison Wallick | 4 Jones Circle Barrington, RI 02806 | 10% |

---

[1] This list serves as the disclosure required to be made by the debtor pursuant to rule 1007 of the Federal Rules of Bankruptcy Procedure. All equity positions listed are as of the date of commencement of the chapter 11 case.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| ETYM PROPERTIES, LLC | ) Case No. 20-[●] |
| Debtor. | ) |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Peter Wallick | 70% |
| Evan Wallick | 10% |
| Tyler Wallick | 10% |
| Madison Wallick | 10% |

**Fill in this information to identify the case:**

Debtor Name: Premiere Jewellery, Inc.

United States Bankruptcy Court for the: **Southern** District of **New York**
(State)

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | aixin fashion jewelry co ltd, dagu river industrial park, ligezhuang town, jiaozhou, qingdao, china 266317 | Alice Zhang aixin@aixinjewelry.com XXXXXXXXXXX | Trade | | | | SVULYVQNTY |
| 2 | contempo card co, VY ingley street, providence, ri 02YPS | Adam Iacobucci adam@contempocard.com TPQRWRTRQP | Trade | | | | SURIUSRNUW |
| 3 | danchil jewelry co ltd, CCSRV inhai road, udong district, niansanli town, iwu city, zhejiang province, china | Dora Xiang dora@danchil.com XV@NY@YYY@WW@ Ext: 8621 | Trade | | | | SQQIRUXNRR |
| 4 | eMasting arts and crafts co ltd, japan industrial park, ligezhuang town, jiaozhou, qingdao, shandong | Attn: Richard Fan elasting10@jz-ys.com QXV@Q/Y@XQ/ | Trade | | | | RXVYPYNUS |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral | Unsecured claim |
| 5 | American Express<br>po box [illegible]<br>el paso, tx [illegible] | Matthew Yehle<br>matthew.w.yehle@aexp.com<br>[illegible] | Trade | | | | [illegible] |
| 6 | red cherry jewelry fg.<br>7th floor<br>[illegible] west xuefeng road<br>beiyuan street<br>yiwu china [illegible] | Claire Guo<br>claire@chinahyt.com<br>+86-21-6196-2555 | Trade | | | | [illegible] |
| 7 | new lilai craftwork co. ltd.<br>no. [illegible] chouzhou north road<br>jinmao mansion<br>yiwu city, china [illegible] | Mona Huang<br>sale17@cnbead.cn<br>86 579 85299506<br>alen peng<br>86 18305890860 | Trade | | | | [illegible] |
| 8 | yiwu soq jewelry co. ltd.<br>[illegible] building no [illegible] chai ave<br>yiwu, china<br>[illegible] | Attn: Julia Zhang<br>julia@soqjewelry.com<br>0532-80962575 | Trade | | | | [illegible] |
| 9 | icare industrial limited<br>room [illegible] trend centre<br>[illegible] cheung lee street<br>chai wan, hong kong | Geff Nee<br>geffnee@icare-international.com<br>[illegible] | Trade | | | | [illegible] |
| 10 | yoohan vietnam arts crafts co. ltd.<br>dong van industrial zone<br>duy tien district<br>ha nam, vietnam [illegible] | Chris yoo<br>yoohan.vina@gmail.com<br>[illegible] | Trade | | | | [illegible] |
| 11 | [illegible] associates<br>c/o olmstead properties<br>[illegible] eighth avenue, suite [illegible]<br>new york, ny [illegible] | daniel breiman [illegible]<br>Michelle Williams<br>mwilliams@olmstead | Trade | | | | [illegible] |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral | Unsecured claim |
| 12 | chenjoo jewelry factory 2nd floor building 2 578 dahe road beiyuan industrial zone yiwu zhejiang 322000 | Victor Yang VictorCJ@chenjoo.com 86-579-8559-6008 | Trade | | | | $$150,788 |
| 13 | sdc designs llc 580 5th avenue, 5th floor new york, ny 10036 | Rowina Singh rowina@sdcdesigns.com 646-898-0850 | Trade | | | | $138,739 |
| 14 | tajmun arts lp r-105 street 221, ramesh park laxmi nagar delhi india 110092 | Nazda Tajmun nazdatajmun@gmail.com 91-9582454408 | Trade | | | | $112,415 |
| 15 | yiwu didian fashion jewelry co 3rd floor, link building, shengjin 221, lanchen first road yiwu ltd China | Stanley li stanley@ywshijue.com 86-15825795927 | Trade | | | | $88,102 |
| 16 | bow industrial corporation 514 sangjaedaero 7gil songpamgu seoul, korea | Eric Choi eric@bowjewel.com 82-2-400-8885 Ex)300 | Trade | | | | $57,705 |
| 17 | Yiwu Paiqiang Jewelry Co., Ltd Economic Development Zone 3F, No. 30, Gaoxin East Road yiwu, zhejiang 322000 | Michelle Kong michelle@paiqiangjewelry.com (212) 354-0434 | Trade | | | | $52,066 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral | Unsecured claim |
| 18 | cana jewels limited<br>XO no.crwl zehua road<br>chengxi industrial area<br>yiwu, zhejiang<br>china<br>SRRPPP | Catrina Huang<br>catrina@canajewels.com<br>086-579-81570808 | Trade | | | | |
| 19 | kahn litwin renza & co ltd<br>YUQ north main street<br>providence, ri PRYPT | Keith Leduc<br>HTPQ.WTNRPPQ<br>kleduc@kahnlitwin.com | Trade | | | | |
| 20 | tufts health plan<br>po box YRRT<br>chelsea, ma RQLPMYRRT | Courtney Victoria<br>Courtney_Victoria@tufts-health.com<br>TPQMPYNUSRV (office)<br>TPQNSTPNRXW | | | | | TTLVUYNYR |

**Fill in this information to identify the case:**

Debtor name: ETYM PROPERTIES, LLC

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑ Other document that requires a declaration    List of Equity Security Holders, Corporate Ownership Statement, and List of Creditors who have the 20 Largest Unsecured Claims

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/25/2020         **X** /s/ A. Howard Moser
                                Signature of individual signing on behalf of debtor

                                A. Howard Moser
                                Printed name

                                Chief Restructuring Officer
                                Position or relationship to debtor

# UNANIMOUS WRITTEN CONSENT
# OF THE MANAGER AND MEMBERS OF
# ETYM PROPERTIES, LLC

The undersigned, being the manager and member of **ETYM Properties, LLC** (the "Company"), a limited liability company duly organized and validly existing under the laws of the State of Rhode Island, certifies that the following resolutions were duly adopted in accordance with the articles of organization and operating agreement of the Company by the unanimous written consent of the members of the Company (the "Members") on June 25, 2020, and that the same have not been modified or rescinded and are in full force and effect:

WHEREAS, the Members reviewed the materials presented by the management and legal advisers of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to the Company, and the impact of the foregoing on the Company's business; and

WHEREAS, Peter Wallick is the appointed the Managing Member[1] (the "Manager") of the Company, and has all the responsibilities and duties as customarily assigned to persons who occupy an office with such title; and

WHEREAS, the Members have had the opportunity to consult with the Manager, the management and legal advisers of the Company and fully consider each of the strategic alternatives available to the Company;

NOW THEREFORE BE IT RESOLVED that in the judgment of the Members and the Manager, it is desirable and in the best interests of the Company, its creditors, members, and other parties in interest, that the Company file or cause to be filed voluntary petitions for relief under the provisions of chapter 11 of title 11 of the United States Code;

RESOLVED that the Manager, and such other managers and officers as may be designated by the Manager or the Members (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents, and to take any and all action that they deem necessary or proper to obtain such relief;

RESOLVED that each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to continue to employ the law firm of Armstrong Teasdale LLP as counsel to represent and assist the Company in carrying out its duties under title 11 of the United States Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case, and to cause to

---

be filed an appropriate application for authority to retain the services of Armstrong Teasdale LLP;

   RESOLVED that each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under title 11 of the United States Code; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.

   RESOLVED that each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and empowered for, in the name of and on behalf of the Company to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such instruments as each, in his or her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions;

   RESOLVED that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, and hereby in all respects approved and ratified.

*[Remainder of page intentionally left blank]*

IN WITNESS WHEREOF the undersigned has executed this certificate on this 25th day of June 2020.

_____
Name: Peter Wallick,
Title: Managing Member

_____
Name: Evan Wallick,
Title: Member

_____
Name: Tyler Wallick,
Title: Member

_____
Name: Madison Wallick
Title: Member

*[Signature page to ETYM Properties, LLC Unanimous Written Consent]*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) ) ) ) Chapter 11 ) ) |
| ETYM PROPERTIES, LLC | ) Case No. 20-[●] ) ) ) |
| Debtor. | ) ) |

## **VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of **36** page(s) and is true, correct and complete.

/s/ A. Howard Moser
Name: A. Howard Moser
Title: Chief Restructuring Officer
*On behalf of the Debtors and Debtors in Possession*

Dated: 06/25/2020